### Minella et ux. *v.* Pennsylvania Railroad Co., Appellant (No. 2).

OPINION BY MR. JUSTICE MAXEY, November 28, 1932:
The judgment of the court below in the above entitled case is reversed and entered for defendant for the reasons stated in the opinion this day filed to the case similarly entitled and indexed to No. 92, March Term, 1932.